UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0198--CV (JKS)
"USA V MIGUEL A. ORELLANA"

Including terminated parties, excluding terminated counsel

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed:  09/02/04
          Closed:  NO

    Jurisdiction:  (2) U.S. Defendant
   PLF Diversity:
   DEF Diversity:

  Nature of Suit:  (510) Vacate sentence (2255)

          Origin:  (1) Original Proceeding
          Demand:
      Filing fee:  In Forma Pauperis
        Trial by:
```

Parties of Record:                              Counsel of Record:

PLF 1.1          UNITED STATES OF AMERICA          No counsel found for this party!

DEF 1.1          ORELLANA, MIGUEL A.               No counsel found for this party!

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A04-0198--CV (JKS)
                  "USA V MIGUEL A. ORELLANA"

                   For all filing dates
```

Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 09/02/04
          Closed: NO


      Jurisdiction: (2) U.S. Defendant
   PLF Diversity:
   DEF Diversity:

   Nature of Suit: (510) Vacate sentence (2255)


          Origin: (1) Original Proceeding
          Demand:
      Filing fee: In Forma Pauperis
        Trial by:


| Document # | Filed | Docket text |
|------------|-------|-------------|
| NOTE -   1 | 09/02/04 | Notation: ALL FUTURE FILINGS ARE TO BE INTO A02-0114CR (JKS). |